LAW OFFICES OF ADAM SHORE
100 Park Avenue, Suite 1600
New York, New York 10017

## Case Matter: 12 Civ. 0768 (PGG)

| Date | Description | Minute/hour | Amount |
|---|---|---|---|
| 01 09 2012 | Meeting with client | 1.5 | $637.5 |
| 01 18 2012 | Research on alterations and modifications to property | 0.3 | $127.5 |
| 01 19 2012 | Viewed facility | 1.0 | $425 |
| 01 19 2012 | Phone call with engineering expert | 0.3 | $127.5 |
| 01 19 2012 | Phone conversation with client | 0.2 | $85 |
| 01 27 2012 | Communication with engineer re pre-suit inspection | 0.5 | $212.5 |
| 01 30 2012 | Research on entity name of business | 1.5 | $637.5 |
| 01 30 2012 | Research on doing business as name | 1.2 | $510 |
| 01 30 2012 | Research on property owner | 0.5 | $212.5 |
| 01 30 2012 | Drafting of retainer agreement | 0.2 | $85 |
| 01 30 2012 | Drafting of Complaint | 1.0 | $425 |
| 01 30 2012 | Drafting of Civil Cover Sheet | 0.5 | $212.5 |
| 01 30 2012 | Drafting of Summons | 0.5 | $212.5 |
| 01 31 2012 | Phone conversation with expert | 0.2 | $85 |
| 01 31 2012 | Meeting with client, review of complaint, signing of retainer agreement | 1.5 | $637.5 |
| 01 31 2012 | Filed Civil Cover Sheet, Summons, and Complaint with Court ($350) | 2.0 | $850 |
| 02 10 2012 | Drafted letter and enclosed check to New York Engineers, LLC as payment of pre-suit inspection ($250) | 0.5 | $212.5 |
| 02 10 2012 | Preparation of Interrogatories and Request for Production of Documents to defendants | 1.5 | $637.5 |
| 02 22 2012 | Preparation of letter and check to process server for service of process of summons and complaint ($146) | .03 | $127.5 |

| Date | Description | Hours | Fee |
|---|---|---|---|
| 02 29 2012 | Receipt and review of Notice of Disclaimer sent to Koscal 59, LLC | 0.2 | 85 |
| 03 05 2012 | Review of file | 0.2 | $85 |
| 03 05 2012 | Preparation of Clerk's Certificates of Defaults | 0.6 | $255 |
| 03 09 2012 | Research on the Americans with Disabilities Act | 3.0 | $1275 |
| 03 10 2012 | Preparation of Order to Show Cause as to defendant Trattoria Piccola Bologna Corp. | 2.5 | $1062.5 |
| 03 10 2012 | Preparation of Order to Show as to defendant Koscal 59, LLC | 2.5 | $1062.5 |
| 03 10 2012 | Revisions to Order to Show Causes | 0.6 | $255 |
| 03 12 2012 | Filing of the Clerk Certificates and Order to Show Causes at Courthouse | 2.0 | $850 |
| 03 15 2012 | Phone call from attorney who inquiring about case who stated he would not be representing the defendants | 0.2 | $85 |
| 03 15 2012 | Second phone conversation with counsel who stated he was not representing defendants in this case | 0.2 | $85 |
| 03 16 2012 | Receipt and review of Order to Show Cause requiring d's to respond by February 23, 2011 | 0.1 | $42.5 |
| 03 16 2012 | Sent Order to Show Cause to defendant via first class mail | 0.1 | $42.5 |
| 03 27 2012 | Court conference, including travel time | 2.0 | $637.5 |
| 03 27 2012 | Receipt and review of Order to Show Cause | 0.2 | $85 |
| 03 27 2012 | Phone conversation with courier service establishing same day service | 0.1 | $42.5 |
| 03 28 2012 | Receipt and review of email correspondence confirming same day hand delivery ($11.50) | 0.1 | $42.5 |
| 04 04 2012 | Court conference, including travel time | 2.3 | $977.5 |
| 04 04 2012 | Preparation of Plaintiff's Verified Motion for Fees and Costs and incorporated memorandum | 2.0 | $850 |
| **TOTAL HOURS AND ATTORNEY'S FEES** | | 33 | $14,025 |

| **DATE** | **DESCRIPTION OF MATTER EXPENSES** | **AMOUNT** |
|---|---|---|
| 01 31 2012 | Filing fee | $350 |
| 02 01 2012 | FedEx Fee, courtesy copy of complaint to Court | $13.79 |
| 02 10 2012 | Pre-suit inspection expert fee | $250 |
| 02 22 2012 | Process Server Fee | $146 |
| 03 28 2012 | Same day hand delivery service fee | $11.50 |
| **TOTAL EXPENSES** | | $771.29 |
| **TOTAL ATTORNEY'S FEES EXPENSES AND COSTS** | | **$14,796.29** |