

**FedEx Billing Online**

## Tracking ID Details

Back

### Tracking ID Summary

Help  Hide

**Billing Information**

| | | **Messages** |
|---|---|---|
| Tracking ID no. | ≤ Prev   Next > | Package sent from: |
| Invoice no. | | Distance Based Pricing, Zone 2 |
| Account no. | | Fuel Surcharge - FedEx has applied a fuel surcharg Read More. |
| Bill date | 02/01/2012 | |
| Total Billed | $13.79 | |
| Status | Paid CC | |

View Tracking ID History
View signature proof of delivery

### Transaction Details

Help  Hide

**Sender Information**

Adam Shore, Esq.
Law Office of Adam Shore
100 Park Avenue, Suite 1600
NEW YORK NY  10017
US

**Recipient Information**

Hon. Paul G. Gardephe
United States District Court
500 Pearl Street
NEW YORK CITY NY  10007
US

**Shipment Details**

| Ship date | 02/01/2012 |
|---|---|
| Payment type | Shipper |
| Service type | FedEx Standard Overnight |
| Zone | 02 |
| Package type | FedEx Envelope |
| Pieces | 1 |
| Weight | 0.0 lbs |
| Rated method | 000 |
| Meter No. | 101433397 |
| Declared value | $0.00 |

**Charges**

| Transportation Charge | 16.50 |
|---|---|
| Fuel Surcharge | 1.59 |
| Weekday Delivery | 0.00 |
| Discount | -3.47 |
| Automation Bonus Discount | -0.83 |
| **Total charges** | **$13.79** |

**Original Reference**

| Customer reference no. | NO REFERENCE INFORMATION |
|---|---|
| Department no. | |
| RMA no. | |
| Reference #2 | |
| Reference #3 | |

**Proof of Delivery**

| Delivery date | 02/02/2012 09:39 |
|---|---|
| Service area code | A1 |
| Signed by | P.GELARDI |

View signature proof of delivery

Back

**LAW OFFICES OF ADAM SHORE
OPERATING ACCOUNT**

1022

DATE 1/31/2012

1-32/210 NY
38919

PAY TO THE ORDER OF: Clerk of Court, SDNY     $ 350 00/100

Three hundred fifty     DOLLARS

**Bank of America**

ACH R/T 021000322

FOR: filing fee Kreisler v. Piccola Bologna Corp et al.

**LAW OFFICES OF ADAM SHORE
OPERATING ACCOUNT**

1021

DATE 2/9/2012

1-32/210 NY
38919

PAY TO THE ORDER OF  New York Engineers, LLC            $ 250.00

Two hundred fifty _____ DOLLARS

**Bank of America**

ACH R/T 021000322

FOR  12cv 0768 Pre-suit Inspection
Kreisler v. Tesoro's Final Bologna Corp., etc.



# POD for Control Number 6234711

Adam Shore < atsesq@gmail.c...

**Teofilo Santiago**< teofilo@rdsdelivery.com>  
To: ATSESQ@gmail.com

Wed, Mar 28, 2012 at 11:35 AM

RDS DELIVERY SERVICE CO., INC.

ATTN: ADAM

CTRL:            ORDER DATE: 3/27/12   SERVICE TYPE: O/N P/U   1 PIECE(S)  
CUST:       LAW OFFICE OF ADAM SHORE         REF: ENVELOPE

PU: LAW OFFICE OF ADAM SHORE        DL: KOSCAL 59 LLC  
                                      346 E 59  
                                      NEW YORK     NY  
                              RM:STE1  
TO SEE: ADAM SHORE           TO SEE: RECEPTIONIST

DEL DATE: 3/28/12   TIME: 11:35   SIGN: CROSMAN

THANKS FOR USING NY'S #1 UNIFORMED MESSENGER SERVICE !!  
\>> WE LOOK FORWARD TO MAKING YOUR NEXT DELIVERY <<

RDS DELIVERY SERVICE CO.,INC.  
TEL: (212) 260-5800   FAX: (212) 260-1090  
www.rdsdelivery.com

MULTIPLE STOPS? HEAVY VOLUME ?

SAVE MORE THAN 60% OF YOUR CURRENT MESSENGER BILL WITH OUR  
SCHEDULED ROUTE DELIVERIES  
CALL NOW TO LEARN ABOUT BIG SAVINGS !

"AUTO E-MAIL" CONFIRMATION. PLEASE DO NOT REPLY TO THE FROM E-MAIL ADDRESS.QUESTIONS?? PLEASE CALL. 212-260-5800 THANKS!