```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/27/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TODD KREISLER,

               Plaintiff,

- against -

TRATTORIA PICCOLA BOLOGNA CORP., a New York corporation, d/b/a PESCE & PASTA East, and KISCAL 59, LLC, a New York limited liability company,

               Defendants.

12 Civ. 0768 (PGG)

**ORDER**

PAUL G. GARDEPHE, U.S.D.J.

      Plaintiff brought this action seeking declaratory and injunctive relief under Title III of the Americans with Disabilities Act, 42 U.S.C. § 12181, et seq. This Court entered a default judgment against Defendants Trattoria Piccola Bologna Corp., d/b/a Pesce & Pasta East and Koscal 59, LLC, a New York limited liability company. (Dkt. No. 8) Plaintiff now seeks an award of attorney's fees and costs under 42 U.S.C. § 12205, 28 C.F.R. § 36.505, and the Administrative Code of the City of New York § 8-502(f). (Dkt. No. 9)

      Plaintiff's motion for attorney's fees and costs is GRANTED in the amount of $14,796.29. The Clerk of the Court is directed to terminate the motion (Dkt. No. 9) and to close the case.

Dated: New York, New York
       December 27, 2012

                                   SO ORDERED.

                                   _____
                                   Paul G. Gardephe
                                   United States District Judge